# EXHIBIT 1

DOWNLOAD THE NEW TCPALM APP

NEWS

# Vero Beach woman, former Stuart CEO, facing fraud and theft charges



Suzanne Green

*By Keona Gardner of TCPalm*

*Posted:* ***Sept. 17, 2012*** 0

STUART ? A 51-year old Vero Beach woman is facing fraud and theft charges after state insurance investigators said she received payments for submitting fraudulent claims, according to an arrest report.

A Florida Division of Insurance Fraud detective on Friday charged Suzanne Green, of the 800 block of Cypress Road, with insurance fraud and grand theft after she received more than $5,000 from the supplemental

insurance carrier Aflac for six fraudulent claims, according to a report from the Florida Department of Financial Services- Fraud Division.

Green was released Friday on $5,000 bail.

From 2003-2011, Green, was the CEO of Advanced Medical Imaging of Stuart where she submitted claims for treatment for herself, her husband and a daughter, the report states.

AFLAC paid Green a total of $5,305 from January 2009 to April 2010 for various injuries she or her family sustained. The claims listed Green's employer, a radiologist, as the treating physician. Green's employer said he could not be the treating physician because he is a radiologist and his duty would be to read or administer MRIs, X-rays, CAT scans, the report states.

On one claim Green filed, her husband had severe abdominal pain or hernia after falling when he attempted to move a refrigerator. However, it was later changed to diverticulitis, a digestive system disorder, and persistent pain, the report states.

When Aflac denied an Nov. 13, 2009 claim for a ruptured hemorrhagic cyst from a fall, Green submitted an "addendum" stating she fell while on a stair master machine, the report states. She received a check for $3,110.

During an interview with investigators, Green said her employer was upset with her and may have changed the records. However, Green said she would take responsibility for initiating the claims.



**About Keona Gardner**

Keona Gardner is a multimedia journalist covering St. Lucie County and Fort Pierce. Contact her with news tips.

Facebook @TCPalmKeona keona.gardner@tcpalm.com

772-221-4206

0 Share Tweet Email Print

Help | Accessibility | Sitemap | Terms of Service | Subscription Terms & Conditions | Privacy Policy | Our Ethical Principles | Responsible Disclosure | Your Privacy Choices

© 2026 tcpalm.com. All rights reserved.