# EXHIBIT 2

notification icon

Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe

ION. WE POST AND
T WANTED STORIES,
AND STORIES OF
ND CRIME, ARRESTS
CONSTITUTION AND
JLAR SPEECH. OPEN
RECORD LAWS WERE WRITTEN TO PROTECT THE PUBLIC; BY INFORMING THE PUBLIC OF ARRESTS AND TO HOLD LAW ENFORCEMENT ACCOUNTABLE FOR THE HUMANE TREATMENT OF ARRESTEES. MOST OF, IF NOT ALL "MUGSHOT LAWS" WERE CRAFTED TO PROTECT THE PUBLIC FROM FEES FOR REMOVAL OF ONLINE MUGSHOTS AND TO FURTHER PROTECT THE PRESS FROM THOSE VERY SAME "MUGSHOT LAWS". TO BE CLEAR: WE DO NOT ACCEPT PAYMENT FOR REMOVAL OF ARREST INFORMATION AND/OR BOOKING PHOTOGRAPHS. MORE...

Search Arrest Records

First Name Last Name State
National
Search

← Thomas Gonzalez Ruth Green →

Search Arr
First Name
Last Name
State
Anv State
✓ S



# Suzanne Green - INS.CLAIM FRAUD < $20K - Florida

*Date added: 10/29/2013*

Search Arrest Records
First Last National SEARCH

Reddit Tweet Share




Who is Suzanne Green? Was Suzanne Green arrested? When was Suzanne Green arrested? What was Suzanne Green arrested for? Is this a mugshot of Suzanne Green? Are there more Mugshots of Suzanne Green? Is this the Suzanne Green you know? Who decides which Mugshots are Indexed online? Who decides what public records the American public sees? Why should Mugshots remain public record and available to all citizens? Are Mugshot laws unconstitutional?

Suzanne Green was booked in Martin County, FL for INS.CLAIM FRAUD < $20K, GRAND THEFT,300 L/5,000

Mugshots.com : 69204715
Name : GREEN, SUZANNE
Race : WHITE
Sex : FEMALE
Hair Color : BLONDE OR STRAWBERRY
Eye Color : GREEN
Height : 5′ 4″ (1.63 m)
Weight : 230 lb (104 kg)
Birth Date : 1/21/1961
DC Number : K85726
Supervision Begin Date : 7/18/2013
Current Location : ORLANDO
Current Status : ACTIVE
Supervision Type : PROBATION FELONY
Scheduled Termination Date : 7/17/2018
Address : 2548 BROOKSTONE DR. KISSIMMEE, FL 34744

Aliases:

- SUZANNE GREEN
- SUZANNE E GREEN
- SUZANNE ELAYNE GREEN
- SUZANNE E. HOLTGREFE-GREEN

Charges:
#1 #2

| | |
|---|---|
| Offense Date | 01/19/2009 |
| Offense | INS.CLAIM FRAUD < $20K |

notification icon

Subscribe to our notifications for the latest news and updates. You can disable anytime.

Do you know of a related media coverage to this person and/or arrest? Submit a link now.

All are presumed innocent until proven guilty in a court of law. Published mugshots and/or records of: an arrest, an indictment, a registration, supervision or probation, the deprivatio arrest records published on mugshots.com are in no way an indication of guilt and they are committed. Arrest does not imply guilt, and criminal charges are merely accusations. A def and convicted. For latest case status, contact the official Law Enforcement Agency which or

The following Official Record of Suzanne Green is being redistributed by Mugshots.com ar other legal rights. This Official Record was collected from a Law Enforcement agency on 10

unconstitutional mugshot laws, exonerations, arrest records, FBI most wanted, editorials, op

Not the Suzanne Green you were looking for? Click here to search for other Suzanne Green

Show Facebook Widget

All original material at this website is subject to copyright. Certain materials reproduced on this website are believed to be in the public domain. The appearance of the likeness and/or mugshots.com is not an allegation by mugshots.com that the person has in fact engaged in any of the activities or crimes for which they have been charged. All information published by m to be factually true and correct, and is not intended to malign, disparage, or defame any person named herein. Mugshots.com makes every effort to insure the accuracy of information However, Mugshots.com does not guarantee the accuracy or timeliness of the content of this website. Opinions expressed in comments across this website are solely those of our visitors. #m

We use third-party advertising companies to serve ads when you visit our Website. These companies may use information (not including your name, address email address or telephone n to this and other Web sites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choic information used by these companies, click here

mugshots.com definitions:

Arrest or booked: An arrest is the act of depriving a person of his or her liberty usually in relation to the purported investigation or prevention of crime and presenting (the arrestee) to a criminal justice system. The term is Anglo-Norman in origin and is related to the French word arrêt, meaning "stop".

The question whether the person is under arrest or not depends not on the legality of the arrest, but on whether the person has been deprived of personal liberty of movement. Including b stop, citation issuance or initial investigation of alleged crime scene.

The word "arrest" on Mugshots.com means the apprehension of a person or the deprivation of a person's liberty.

The word "booked", when used by mugshots.com, is identical in meaning to the word "arrest".

Mugshot - A photograph of usually a person's head and especially face; specifically : a police photograph of a suspect's face or profile." - Merriam Webster dictionary

"Mugshot unavailable": A mugshot may or may have not been taken by authorities.

"hit" or "view": An internal web visit measurement unit. Data provided to our visitors is estimated and may not be accurate. No guarantee of accuracy is made herein.

The mere questions and/or reports presented on this website about a possible arrest of a person are not an implication of an actual arrest.

Owned and Operated by: Julkisuudessa, Nevis, West Indies

notification icon

Subscribe to our notifications for the latest news and updates. You can disable anytime.