**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SUZANNE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>TIDALHEALTH PENINSULA REGIONAL, *et al.*,<br><br>Defendants. | Civil Case No. 1:26-cv-02916-JKB |

**ORDER**

Upon consideration of Defendant TidalHealth Peninsula Regional, Inc., d/b/a McCready Pavilion's Motion to Dismiss Plaintiff's Complaint, the accompanying Memorandum in Support, any opposition thereto, and the entire record herein, it is this ___ day of ____________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendant TidalHealth Peninsula Regional, Inc., d/b/a McCready Pavilion's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED**, that Counts I, II, and IV of the Complaint are **DISMISSED WITH PREJUDICE**.

Date: ____________________

_________________________________
The Honorable James K. Bredar
United States District Judge

4924-9146-0051, v. 1