**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SUZANNE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-02916-JKB |
| | ) | |
| TIDALHEALTH PENINSULA REGIONAL, | ) | |
| INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT TIDALHEALTH PENINSULA REGIONAL, INC.'S MOTION TO DISMISS**

Plaintiff Suzanne Green, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, and with the consent of Defendant, respectfully moves to extend the time to respond to the Motion to Dismiss filed by Defendant TidalHealth Peninsula Regional, Inc. ("TidalHealth") (ECF 9). In support, Plaintiff states:

1. On September 25, 2026, TidalHealth filed its Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6) and served it through the Court's CM/ECF system. ECF 9.

2. Under Local Rule 105.2(a), Plaintiff's opposition is due within fourteen days of service, on October 9, 2026.

3. The parties have conferred and agree to a fourteen-day extension of Plaintiff's deadline to file her opposition, through and including October 23, 2026, and a corresponding extension of Defendant's deadline to file its reply, through and including November 20, 2026.

4. Good cause exists under Rule 6(b)(1)(A). This is Plaintiff's first request to extend this deadline, is made before the current deadline expires, is sought in good faith and not for purposes of delay, and will not affect any other deadline in this case.

5. Pursuant to Local Rule 105.9, counsel for Defendant has been contacted and consents to the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter the accompanying proposed Order.

Dated: October 8, 2026

Respectfully submitted,

Zuneera Masood, Esq.
(Pro Hac Vice Admission Pending)
MASOOD LAW
100 Commerce Drive, Suite 304
Newark, DE 19713
Tel: (302) 387-0797
Email: zuneera@masoodlaw.com
Admitted in North Dakota
*Counsel for Plaintiff Suzanne Green*

/s/ Mohamed M. Bamba
Mohamed M. Bamba, Esq. (Bar No. 21500)
BAMBA LAW, LLC
10015 Old Columbia Road, Suite B-215
Columbia, MD 21046
Tel: (443) 656-8310
Fax: (443) 656-8309
Email: mohamed@bambalaw.com
*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026, the foregoing Consent Motion and proposed Order were filed through the Court's CM/ECF system, which will send notice of the filing to all counsel of record, including:

Larry R. Seegull, Esq.
Meaghan N. Rapp, Esq.
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Larry.Seegull@jacksonlewis.com
Meaghan.Rapp@jacksonlewis.com
*Counsel for Defendant TidalHealth Peninsula Regional, Inc.*

/s/ Mohamed M. Bamba

Mohamed M. Bamba, Esq. (Bar No. 21500)
BAMBA LAW, LLC
10015 Old Columbia Road, Suite B-215
Columbia, MD 21046
Tel: (443) 656-8310
Fax: (443) 656-8309
Email: mohamed@bambalaw.com
*Local Counsel for Plaintiff*