**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SUZANNE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:26-cv-02916-JKB |
| | ) | |
| TIDALHEALTH PENINSULA REGIONAL, | ) | |
| INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Time to Respond to Defendant TidalHealth Peninsula Regional, Inc.'s Motion to Dismiss, and for good cause shown, it is this ______ day of ____________________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiff shall file her Opposition to Defendant's Motion to Dismiss (ECF 9) on or before October 23, 2026; and it is further

ORDERED, that Defendant shall file any Reply on or before November 20, 2026.

____________________________________
James K. Bredar
United States District Judge