**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SUZANNE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Case No. 1:26-cv-02916-JKB |
| TIDALHEALTH PENINSULA REGIONAL, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint, and for good cause shown, it is this ____ day of ______________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the First Amended Complaint attached as Exhibit A to the Motion shall be deemed filed as of the date of this Order; and no additional copy need to be filed; it is further

ORDERED, that Defendant's Motion to Dismiss (ECF 9) is DENIED AS MOOT; and it is further

ORDERED, that Defendants shall respond to the First Amended Complaint within the time provided by Rule 15(a)(3).

_______________________________
The Honorable James K. Bredar
United States District Judge