**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SUZANNE GREEN,** | * | |
| **Plaintiff** | * | |
| **v.** | * | **CIVIL NO. JKB-26-2916** |
| **TIDALHEALTH PENINSULA REGIONAL, et al.** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

## ORDER

Defendant filed a Motion to Dismiss (ECF No. 9) and Plaintiff later filed a Motion for Leave to File Amended Complaint (ECF No. 19). The Motion to Dismiss will be denied without prejudice. If the Court denies the Motion for Leave to File Amended Complaint, Defendant will be permitted to renew its Motion to Dismiss.

Accordingly, it is ORDERED that the Motion to Dismiss (ECF No. 9) is DENIED WITHOUT PREJUDICE.

DATED this 27 day of October, 2026.

BY THE COURT:

James K. Bredar
James K. Bredar
United States District Judge