IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUZANNE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>TIDALHEALTH PENINSULA REGIONAL, *et al.*,<br><br>Defendants. | Civil Case No. 1:26-cv-02916-JKB |

**ORDER**

Upon consideration of Defendant TidalHealth Peninsula Regional's Motion for Extension of Time and any response thereto, it is this ____ day of ______________, 2026, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that Defendant's Motion for Extension of Time is **GRANTED;** Defendant may file its response to Plaintiff's Motion for Leave to File First Amended Complaint on or before November 20, 2026.

Date: ____________________

____________________________________
The Honorable James K. Bredar
United States District Judge