**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SUZANNE GREEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TIDALHEALTH PENINSULA REGIONAL, INC., *et al.*,**<br><br>**Defendants.** | **Civil No. 1:26-cv-02916-JKB** |

**NOTICE OF ENTRY OF APPEARANCE**

Dear Sir/Madam Clerk:

Please enter the appearance of Jill S. Distler (Bar No. 26166) of Jackson Lewis P.C. as additional counsel on behalf of Defendant, TidalHealth Peninsula Regional, Inc.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Jill S. Distler*

Jill S. Distler (Bar No. 26166)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
Jill.Distler@jacksonlewis.com

*Counsel for Defendant, TidalHealth Peninsula Regional, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, a copy of the foregoing Notice of Appearance was electronically filed via ECF and thereby served upon all counsel of record.

*/s/ Jill S. Distler*
Jill S. Distler

4908-5408-0989, v. 1