**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SUZANNE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>TIDALHEALTH PENINSULA REGIONAL, *et al.*,<br><br>Defendants. | Civil Case No. 1:26-cv-02916-JKB<br><br>Granted<br>11/5/26 |

## MOTION TO WITHDRAW APPEARANCE OF SARA LUCAS

Defendant, TidalHealth Peninsula Regional ("Defendant"), by and through undersigned counsel, respectfully move this Court for an order permitting the withdrawal of the appearance of Sara Lucas as counsel of record in this matter. In support of this Motion, Defendant states:

1. Sara Lucas has appeared as counsel of record for Defendant in the above-captioned matter since August 4, 2026.

2. Due to her current caseload, Ms. Lucas is no longer able to devote the time and attention to this matter that it requires, and she therefore seeks to withdraw her appearance as counsel for Defendant.

3. Defendant will continue to be represented by Jackson Lewis P.C., Larry R. Seegull, Meaghan N. Rapp, and Jill S. Distler.

4. This Motion is not made for the purpose of delay, and no party will be prejudiced by the withdrawal of Sara Lucas.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and enter an order to withdraw Sara Lucas as counsel of record, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Meaghan N. Rapp*

Larry R. Seegull (Bar No. 22991)
Jill S. Distler (Bar No. 26166)
Meaghan N. Rapp (Bar No. 32355)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
410.415.2000 (telephone)
410.415.2001 (facsimile)
larry.seegull@jacksonlewis.com
jill.distler@jacksonlewis.com
meaghan.rapp@jacksonlewis.com

*Counsel for Defendant TidalHealth Peninsula Regional, Inc., d/b/a McCready Pavilion*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, a copy of the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Meaghan N. Rapp*