IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUZANNE GREEN,

Plaintiff,

v.

TIDALHEALTH PENINSULA REGIONAL, *et al.*,

Defendants.

Civil Case No. 1:26-cv-02916-JKB

**ORDER**

Upon consideration of Defendant TidalHealth Peninsula Regional's Motion for Extension of Time and any response thereto, it is this 5 day of Nov., 2026, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that Defendant's Motion for Extension of Time is **GRANTED;** Defendant may file its response to Plaintiff's Motion for Leave to File First Amended Complaint on or before November 20, 2026.

Date: Nov. 5, 2026

James K. Bredar
The Honorable James K. Bredar
United States District Judge