# Exhibit 1

Background Check Consent

Background Check Form

Name:**Suzanne Green**
Requisition Number:**33962**
Apply Date:**September 15, 2025 9:55 PM UTC**

TidalHealth

Job Title:**Senior Director of Operations**
Shift:**Monday - Friday**
Schedule:**Full Time**
Organization:**Medical Partners Administration - TidalHealth Primary & Specialty Care - TidalHealth**

ACKNOWLEDGMENT

**ACKNOWLEDGMENT**

**DISCLOSURE NOTICE REGARDING BACKGROUND INVESTIGATION**

TidalHealth ("the Company" or "Employer") may obtain information about you from a consumer reporting agency for employment purposes. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with employers and/or associates. Please be advised that the nature and scope of the most common form of investigative consumer report obtained with regard to applicants for employment is an investigation into your education and/or employment history conducted by CARCO Group, Inc. ., dba Cisive (Cisive), 5000 Corporate Court, Suite 203, Holtsville, NY 11742, 1-800-645-4556. These reports may be obtained at any time after receipt of your authorization and, if you are hired, throughout your employment. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report and a Summary of Your Rights Under the Fair Credit Reporting Act. The scope of this notice and authorization is all- encompassing, however, allowing Employer to obtain from Cisive all manner of consumer reports and investigative consumer reports now and, if you are hired, throughout the course of your employment to the extent permitted by law. As a result, you should carefully consider whether to exercise your right to request disclosure of the nature and scope of any investigative consumer report.

**ACKNOWLEDGMENT AND AUTHORIZATION TO OBTAIN CONSUMER REPORTS**

I acknowledge receipt of the DISCLOSURE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents. I hereby authorize the obtaining of "consumer reports"; and/or "investigative consumer reports" at any time after receipt of this authorization and, if I am hired, throughout my employment. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, local, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information (including, but not limited to, driving and/or motor vehicle records, transcripts, grades and attendance records, employment history, salary information and references, drug and alcohol testing results) requested by Cisive acting on behalf of Employer, and/or Employer itself. I agree that a facsimile ("fax") or photographic copy of this Authorization shall be as valid as the original.

Candidate's/Applicant's Signature:* **Suzanne Green**
Date: **09/15/2025**

---

**ACKNOWLEDGMENT**

**STATE-SPECIFIC DISCLOSURES AND NOTIFICATIONS**

TidalHealth California applicants or employees only : If you are a California resident or applying in the State of California, in addition to this disclosure/authorization, please review the “California Disclosure Concerning Investigative Consumer Reports Obtained for Employment Purposes”, the California Applicants---Investigative Consumer Report Acknowledgment and Authorization, and, if applicable, disclosures related to obtaining credit reports for employment purposes.

Maryland applicants or employees only: You have the right to request additional disclosures from the Company regarding the nature and scope of the requested investigation.

Massachusetts applicants or employees only: You have the right to request a copy of the investigative consumer report from the consumer reporting agency. The requested investigation on you will cover [insert description of the precise

nature and scope of the requested investigation ]. The consumer report obtained as part of this application for employment may contain public record information that is reported to the Company.

Minnesota applicants or employees only: You have the right to request additional disclosures of the nature and scope of the consumer report from the consumer reporting agency. Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company.

New Jersey applicants or employees only: You have the right to request a copy of the report from the consumer reporting agency. The requested investigation on you will cover[insert description of the precise nature and scope of the requested investigation ].

New York applicants or employees only: You have the right to send a written request to the Company for information on whether an investigative consumer report was requested. If such report was requested, you have the right to inspect and receive a copy of the report by contacting the consumer reporting agency identified above directly.

Oklahoma applicants or employees only: Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company.
TidalHealth Rhode Island applicants and employees only: The Company may request a credit report in connection with your application.

Washington applicants and employees only: You have the right to request from the Company additional disclosures of the nature and scope of the investigation requested and a written summary of consumer rights under the Washington Fair Credit Reporting Act.

CALIFORNIA LAW

**CALIFORNIA LAW**

**CALIFORNIA DISCLOSURE CONCERNING INVESTIGATIVE CONSUMER REPORTS OBTAINED FOR EMPLOYMENT PURPOSES**

In connection with your application for employment with (“the Company”), the Company may obtain an investigative consumer report about you, as defined in the California Investigative Consumer Reporting Agencies Act, Cal. Civ. Code §1786 et seq. for employment purposes, which may include information as to your character, general reputation, personal characteristics, and mode of living. The requested investigation on you may include, but not limited to, one or more of the following: Social Security Number trace, civil court records, public records, education history verification, employment history verification, motor vehicle driver license, accident history, professional credentials, residential address history, nationwide wanted person check, and/or sex offender registry check.

The report will be provided by CARCO Group, Inc. also known as Cisive, 5000 Corporate Court, Suite 203, Holtsville, New York 11742, a consumer reporting agency; telephone number 1-800-645-4556; website, www.cisive.com.

**Information You May Request If An Investigative Consumer Report Is Obtained (Summary of Cal. Civ. Code § 1786.22)**

If the Company obtains an investigative consumer report on you, you may inspect or obtain a copy of your file and certain other information that is maintained by Cisive. In addition to making your file available for your inspection, Cisive will identify the recipients of any investigative consumer report on you that Cisive has furnished for employment, insurance, or any other purpose within the three-year period preceding your request, and the dates, original payees, and amounts of any checks or charges upon which any adverse characterization of you that may be included in your file is based.

During normal business hours and on reasonable notice, Cisive will make your file and other information available to you as follows:
(1) In person, if you appear in person and furnish proper identification. A copy of your file will also be available to you for a fee not to exceed the costs of duplication.
(2) By certified mail, if you make a written request, with proper identification, for copies to be sent to a specified addressee but, in complying with such a request, Cisive will not be liable for disclosures to third parties that may be caused by mishandling of mail after such mailings leave Cisive.
(3) Cisive will provide a summary of all information contained in your file which Cisive is required to provide to you, by telephone, if, with proper identification, you have made a written request for telephone disclosure, and you have prepaid, or had charged directly to you, any toll charge for the telephone call.

“Proper identification” as used above means that information generally deemed sufficient to identify a person, including documents such as a valid driver’s license, social security account number, military identification card, and credit cards. You may be accompanied by one other person of your choosing who shall furnish reasonable identification. Cisive may require you to furnish a written statement granting Cisive permission to discuss your file in such person’s presence.

Cisive will provide trained personnel to explain to you any information Cisive provides to you, and will provide a written

explanation of any coded information contained in your files.

Personal Info

**Name**
First Name: *Suzanne
MI: E
Last Name: *Green
Other Last Names Used: *Green

**Address**
Address: [redacted]
City: *[redacted]
State: *[redacted]
Zip: *[redacted]

**SSN**
Birth Date: *[redacted]
Social Security Number: ******
Confirm Social Security Number:: ******

**Contact Information**
Email Address: [redacted]
Home Phone:
Cell Phone: [redacted]

Previous Addresses

**Previous Addresses**
Please review your address history. Use the Add Previous Residence button to add an additional Country and State.

Previous Addresses 1

**Previous Address**
State: *[redacted]
Country: *United States
Zip: *[redacted]
From: *[redacted]
To: *[redacted]

©2025 symplr. All rights reserved.