# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SUZANNE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>TIDALHEALTH PENINSULA REGIONAL,<br><br>Defendant. | Civil Case No. 1:26-cv-02916-JKB |

**DECLARATION OF ALLISON HAMILTON**

I, Allison Hamilton, do hereby affirm, depose and state as follows:

1. I am over twenty-one (21) years of age and have personal knowledge of, and am competent to testify to, the facts stated in this Declaration.

2. I am currently employed at TidalHealth Peninsula Regional, Inc. ("TidalHealth") as Director, Talent Acquisition.

3. Attached as Exhibit A is an excerpt from TidalHealth's order history with PreCheck. As reflected in Exhibit A, on March 24, 2026, I requested that PreCheck run an employment verification report regarding Suzanne Green. I submitted the request while Ms. Green was still employed by TidalHealth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/2026

Allison Hamilton (Nov 19, 2026 18:54:47 EST)
Allison Hamilton

# EXHIBIT A

| Name | Report Number | Last Name | First Name | Package Ordered | Start Date |
|---|---|---|---|---|---|
| TidalHealth | 9421192 | Green | Suzanne | Line Item | 3/24/2026 8:18 |