**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SUZANNE GREEN,

Plaintiff,

v.

TIDALHEALTH PENINSULA REGIONAL,
*et al.*,

Defendants.

Civil Case No. 1:26-cv-02916-JKB

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, and Defendant's Opposition thereto, it is this ___ day of ____________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion for Leave is **DENIED,** and it is further

**ORDERED**, that Defendant may renew its Motion to Dismiss Plaintiff's original Complaint.

Date: ____________________

____________________________________
The Honorable James K. Bredar
United States District Judge